## PINELAND CLUB et al. v. SANDERS et al.

(Circuit Court of Appeals, Fourth Circuit. February 27, 1914.)

### No. 1179.

In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston.

Action at law by Pauline Sanders and others against the Pineland Club and others. Judgment for plaintiffs, and defendants bring error. Affirmed.

See, also, Pineland Club v. Roberts, 213 Fed. 545, 130 C. C. A. 125.

Frank R. Frost, of Charleston, S. C., and Joseph S. Clark, of Philadelphia, Pa., for plaintiffs in error.

Benj. H. Rutledge, of Charleston, S. C., for defendants in error.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. After careful consideration of the elaborate argument of the plaintiff in error, we have no doubt that the two opinions of the District Judge, one on the original hearing and the other in denying the motion for a new trial, conclusively show that the plaintiff is entitled to recover the land in controversy; and we deem it unnecessary to restate the reasons.

Affirmed.